**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| IRENEUSZ ZIEMKIEWICZ, :  <br>    Plaintiff, : <br> : <br>    v. : <br> : <br> R+L CARRIERS, INC. et al., : <br> :  <br>    Defendants. : | Civil Action No. <br> 12-1923 (RMB/AMD) <br><br> **ORDER** |

THIS MATTER coming before the Court upon its own motion that this case be transferred to another United States District Court pursuant to 28 U.S.C. § 1404(a); and

THE COURT having considered the parties' submissions, and all accompanying materials; and

FOR THE REASONS set forth in the Opinion issued herewith,

IT IS on this, the **8th** day of **February**, hereby **ORDERED** that this matter is transferred to the United States District Court for the District of Maryland.

s/Renée Marie Bumb<br>
RENÉE MARIE BUMB<br>
UNITED STATES DISTRICT JUDGE